

**NYCLU**

NEW YORK CIVIL LIBERTIES UNION

125 Broad Street
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

Paige Austin
Staff Attorney
paustin@nyclu.org
212-607-3398

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/18

*10/9/2018*

*The schedule proposed at pg 2*
*is adopted. So ordered.*

*Paul A Crotty*
*USDJ*

October 4, 2018

**Via ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

Re: *L.V.M. v. Lloyd et al.*, No. 18-cv-01453 (PAC)

Dear Judge Crotty:

The plaintiffs in the above-captioned case, which challenges widespread delays in the release and stepdown policies and practices of the Office of Refugee Resettlement ("ORR"), write pursuant to the Court's order of September 26, 2018 (ECF No. 91), to propose an agreed-upon briefing schedule for the plaintiffs' motion to compel discovery. By way of background, the plaintiffs intend to move to compel (1) production of consultant reports relevant to ORR's release procedures and processes, which the government has indicated it will withhold; (2) production of notes, correspondence and other documents generated by ORR contractors about class members, which the government has refused to produce despite its ability to access those documents under the terms of those entities' contracts; and (3) confirmation of dates for the completion of document discovery, which the government has thus far not provided despite missed deadlines reaching as far back as August 5 and despite repeated requests for such dates certain by plaintiffs' counsel. By the same motion, the plaintiffs will also move pursuant to Federal Rule of Civil Procedure 30(a)(2) to enlarge the number of depositions, which the government has indicated it will oppose.

The parties jointly propose that the plaintiffs file their motion on October 15, with the government's response due October 22 and the plaintiffs' reply due October 24.

Respectfully submitted,

*/s/ Paige Austin*
PAIGE AUSTIN
AADHITHI PADMANABHAN
CHRISTOPHER DUNN
New York Civil Liberties Union
 Foundation
125 Broad Street, 19th Floor,
New York, NY 10004
Tel: (212) 607-3300
paustin@nyclu.org
*Counsel for Plaintiffs*

Dated: New York, New York
October 4, 2018