```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 7, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L.V.M.,

              Plaintiff,

  -against-

SCOTT LLOYD et al,

              Defendants.
------------------------------------------------------------X

**18 Civ. 01453 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The above entitled action has been on the Court's active docket since February 16, 2018, and there having been no activity since June 3, 2019, it is,

    ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
       April 7, 2021

                                                                   SO ORDERED

                                                        _____
                                                        PAUL A. CROTTY
                                                       United States District Judge