March 14, 2022

**By ECF**
Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1350
New York, New York  10007

    Re:    *L.V.M. v. Lloyd, et al.*, 18 Civ. 01453 (PAC)

Dear Judge Crotty:

    Counsel for the petitioners and the government respondents in the above-referenced matter respectfully submit this joint report regarding the status of settlement negotiations. *See* ECF No. 141.

    Since the last status update to the Court, the government provided a counterproposal to petitioners in response to their settlement proposal, and petitioners expect to provide the government with a response later this week. Accordingly, the parties require additional time to continue their discussions in order to determine whether a consensual resolution can be reached in this case.

    The parties respectfully request an additional sixty days to continue discussions in an effort to resolve this matter without additional litigation and to provide the Court with a further status update by May 13, 2022.

    We thank the Court for its consideration of this submission and request.

Respectfully submitted,

| | |
|---|---|
| *s/ Robert Hodgson* | *s/ Natasha Waglow Teleanu* |
| ROBERT HODGSON | DAMIAN WILLIAMS |
| CHRISTOPHER DUNN | United States Attorney for the Southern |
| ANTONY GEMMELL | District of New York |
| AMY BELSHER | |
| JESSICA PERRY | JEFFREY S. OESTERICHER |
| New York Civil Liberties Foundation | REBECCA S. TINIO |
| 125 Broad Street, 19th Floor | NATASHA WAGLOW TELEANU |
| New York, NY 10004 | Assistant United States Attorneys |
| Tel: (212) 607-3300 | 86 Chambers Street, 3rrd Floor |
| rhodgson@nyclu.org | New York, NY 10007 |
| | Tel: (212) 637-2695/2774/2528 |
| | Email: jeffrey.oestericher@usdoj.gov |
| PAIGE AUSTIN |       rebecca.tinio@usdoj.gov |
| Make the Road New York |       natasha.teleanu@usdoj.gov |
| 301 Grove St. | |
| Brooklyn, NY 11237 | |
| (718) 418-7690 | *Counsel for Respondents-Defendants* |

*Counsel for Petitioners-Plaintiffs*

                        3/15/2022
                        SO ORDERED.

                        */s/ Paul A. Crotty*