

ACLU of New York

Guadalupe Victoria Aguirre
Senior Staff Attorney
125 Broad St., 19th Fl.
New York NY 10004
(212) 607-3366
laguirre@nyclu.org

September 7, 2023

**Via ECF**
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1350
New York, New York 10007

9/11/2023
The hearing is adjourned to December 11, 2023 at 3:30 PM. SO ORDERED.

*Paul A Crotty*

Re: *L.V.M. v. Lloyd et al.*, 18-CV-01453 (PAC)

Dear Judge Crotty:

On behalf of the Petitioners, I write with the consent of Respondents' counsel to respectfully request a brief adjournment of the Final Approval Hearing scheduled for December 5, 2023 in the above-captioned matter. *See* ECF No. 165. The undersigned, who will appear on behalf of the Petitioners, has pre-existing travel plans and will not be in New York State on the scheduled date. Prior to this request, neither party has requested an adjournment of the Final Approval Hearing.

Petitioners' counsel has conferred with Respondents' counsel and the parties are available on December 11, 2023, or any day thereafter. To the extent the Court needs to consider dates for the month of January 2024, Respondents' counsel is not available during the week of January 29, 2024.

We thank the Court for its consideration of this submission and request.

Respectfully submitted,

NEW YORK CIVIL LIBERTIES
UNION FOUNDATION

BY:   *s/ Guadalupe V. Aguirre*
      GUADALUPE V. AGUIRRE
      Senior Staff Attorney

Cc: All Counsel (via ECF)